I hope you are going to support me more. I'm going to be the only constitutional lawyer in this case. This is really more of a very, very long-term thing. It's a long, long interdiction. I'm going to tell you some of my concerns, some of my concerns in this case. And the principle in this case, I'm going to be brief because there is really only one principle that you need to know. If the litigation fails, probably, as you've seen in many of these cases, I'll let you know. In any case, remain in order. The law was generated in 2006, which means it's not a part of the record. It is a record in itself. It's a record in any serious sense. If you're going to be concerned about going four hours, let's make this conclusion to a spot in the order. Thank you. Thank you all so much. Today I'm here because there was a resolution in conjunction with the form where it was to remain in order. And I did hear you, and then the three other teachers. So I'm not quite sure if any of you want me to be involved. Let me suggest that you go to your board of representatives, and then you can get me to try and go to those other teachers who are interested in my report. Of course, the reason here was to be considered was, like I said, we were trained, and we were trained, of course, to look for the denial of a hearing and then torture. At times, in this case, I'm looking for you to try and see how the whole thing works in your case. And also, on administrative record, we were trained to look for the denial of a hearing. And really the only thing that the record in the case didn't consider, on a perpetual level, except perhaps building the record, the defendants were those that are with us, the defendants themselves, I'll go to the first. You asked me to go on the 4th of November, 2007, and have the administrative record for page 232. So, okay, this is the 3rd option. So, I'm going to say something that's very, very important. I'm going to say, you need to look to see if it's a power question, whether this is something that the jury wants, and if it's a power question, you're going to be able to do it in a proper, effective way. So, I'm going to say, that's all we are going to do, and we don't really want the jury to be concerned. Why are you essentially giving the discretion title to the jury that's thus according to the verdict? Why is that? Is it because of procedural question, or is it because of the truth of the question? Why is that question necessary? What is the reason for asking that question? The jury is, on the other hand, certainly the person in charge, or the jury, is going to have a better read on it. So, we believe that this case is clear and it's biased, but it's true. It's true, and that's why it's necessary. So, maybe, if you're confident that everybody's going to know all about it, that's okay. We don't want this to happen. And we don't want to see what the situation is that we're in. We don't want to, we don't want this to happen. We don't want this to happen. We're going to have to ask the immigration court to determine, and potentially, it's the better job to ask, and potentially, the jury can plant themselves into that situation. Anything you think, in the argument that was created, what you find very helpful is maybe the nature of the leader that they were trying to use, that they were suggesting to, and didn't think that it's useful to have somebody say that, you know, that's good stuff, that's what you want to hear, right? He mentioned story maker, and I was like, yeah, but he just, there's no reason at all, since there's, there's not. I think that people, the question is, what's the question? I mean, there's a whole series of questions, and there's, we, you know, that is a big concern, and I think it's important to hear, and we try not to, ignore and not compare to the collective evidence of cases, that have been shown by the credible officers, and therefore, that they're not able to say, I don't know, that's a good thing, that's a bad thing. I mean, I've heard many, I've heard many, I've heard many people, I've heard many, I've heard many researchers, and I've heard some small scholars, and I've heard some people. The question, it's such a fine diagram, it's probably just as simple, if you want to make sense, there's always shared architectural issues. If you use, if you use accounts, you can't necessarily use the same, you know, the same, you know, it's, it's a great test, it's beyond the procedure, it's, I mean, it's not a, it's obviously, it's more of a, it's a very, it's a very, it's a very, it's a very, it's a very, it's a very, it's a very, it's a very, it's a very linear issue.   many, many things that are there before you doesn't necessarily make sense. There's also need for being for your bad and doing one two please sand being one two in Alice How many things are there before you do  two    many things before you do one two in Alice How many things before you
judges: Sack, McKeown, Friedland